In the Matter of the Application for Letters of Administration in the Estate of DAVID BRENNER, Deceased.— Order affirmed, with twenty dollars costs and

---

* Affd., 263 N. Y. 636.

disbursements to the respondents. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.